

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Ronald Auld

          **Plaintiff,**

V.

Margaret Deel, M.D.; Neha Nayyar, M.D.; T. Luu, M.D.; Avelino Canles, M.D.; Steve Boucher; Does 1-10, Inclusive

          **Defendant.**

**Civil Action No.**   16-cv-02276-H-NLS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' motion for summary judgment as to Dr. Deel, Dr. Luu, Dr. Canles, Dr. Nayyar, and Nurse Boucher on Plaintiff's Section 1983 claim for deliberate indifference. The Court declines to exercise supplemental jurisdiction over Plaintiff's professional negligence claim and, accordingly, dismisses that claim without prejudice. As Plaintiff has no remaining claims the Clerk is directed to close the case. It Is So Ordered.

**Date:**   2/7/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez

          J. Gutierrez, Deputy